UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| IN RE:     JERRY WHITLEY, DEBTOR | CASE NO. 13-15983 |
| | Chapter 7 |

---

| | | |
|---|---|---|
| RICHARD L. COX, TRUSTEE | | PLAINTIFF |
| VS. | ADVERSARY PROCEEDING NO.: 4:15-ap-01089 | |
| JOHN DOES I THROUGH IV | | DEFENDANTS |

---

### ORDER DISMISSING ADVERSARY PROCEEDING

---

     Before the Court is Plaintiff's Motion to Dismiss Adversary Proceeding filed on August 30, 2017, from which the Court finds that the issues in this adversary proceeding are now moot such that Plaintiff's Complaint should be dismissed with prejudice.

     IT IS SO ORDERED AND GRANTED.

Dated December 29, 2017.

*/s/ Richard D. Taylor*

HONORABLE RICHARD D. TAYLOR,
UNITED STATES BANKRUPTCY JUDGE

SMG 20,508

EOD: December 29, 2017